CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
brian.whang@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00271-RFB-VCF |
| Plaintiff, | **Unopposed Motion to Release Pretrial Services Report** |
| v. | |
| DAVID GLENN COX, | |
| Defendant. | |

On September 30, 2021, this Court ordered a competency evaluation of Defendant David Glenn Cox pursuant to 18 U.S.C. § 4241.  ECF No. 79.  The Court authorized the United States Marshals Service to transport the Defendant to a suitable Bureau of Prisons facility to complete the examination. *Id.*

On November 15, 2021, a forensic psychologist from the Metropolitan Detention Center in Los Angeles, California contacted counsel for the government and the Defendant to request a copy of relevant documents in order to conduct a comprehensive evaluation. Among the documents requested was a copy of the Defendant's Pretrial Services Report prepared for the Defendant's initial appearance on this matter.

1. This request is necessary as Pretrial Services will not release the Defendant's Pretrial Services Report without a court order.

2. The Pretrial Services Report is necessary to complete the Defendant's competency evaluation by the designated facility.

3. Counsel for the Defendant does not oppose this request.

Respectfully submitted this 7th of December, 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/  Brian Whang*
        BRIAN WHANG
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID GLENN COX,<br><br>　　　　Defendant. | Case No. 2:19-cr-271-RFB-VCF<br><br>**Unopposed Motion to Release Pretrial Services Report** |

IT IS ORDERED that Defendant David Glenn Cox's Pretrial Services Report shall be released.

DATED this __7th__ day of __December__, 2021.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE