RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for David Glenn Cox

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00271-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| DAVID GLENN COX, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for David Glenn Cox, that the Sentencing Hearing currently scheduled on November 17, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of January 9, 2023.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review and consider Mr. Cox's medical records and investigate issues relevant to his sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 15th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Margaret W. Lambrose<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | /s/ Brian Y. Whang<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID GLENN COX,<br><br>　　　　Defendant. | Case No. 2:19-cr-00271-RFB-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, November 17, 2022 at 10:00 a.m., be vacated and continued to January 10, 2023 at the hour of 11:00 a.m.

　　DATED this 15th day of November, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE