RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for David Glenn Cox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00271-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| DAVID GLENN COX, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for David Glenn Cox, that the Sentencing Hearing currently scheduled on February 9, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel scheduled a video visit with Mr. Cox for January 31, 2023, to prepare for sentencing currently set for February 9, 2023. When counsel appeared for the visit, CoreCivic informed her that Mr. Cox was in the medical unit and unavailable for a visit. Undersigned counsel asked for more information regarding Mr. Cox's medical condition, and the CoreCivic corrections officer informed her that he was not permitted to provide additional information. Almost immediately thereafter, USM Desch emailed undersigned counsel and stated that Mr. Cox had a medical emergency and was transported to the hospital. On February 1, 2023, USM Desch followed-up with undersigned counsel informing her that Mr. Cox has now been admitted to an outside hospital with numerous diagnoses.[1] As such, the sentencing hearing must be continued.

2. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 1st day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

---

[1] If this Court would like undersigned counsel to list the specific medical conditions, they can be provided under seal.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00271-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID GLENN COX, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 9, 2023 at 11:00 a.m., be vacated and continued to March 16, 2023 at the hour of 9:00 a.m.

DATED this 2nd day of February, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE